IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 18–08–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| ROBERT CRAIG SMITH, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on May 8, 2018. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Robert Craig Smith's guilty plea after Smith appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of conspiring to distribute

1

methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 846 (Count I), and one count of the possession of a firearm in furtherance of a drug trafficking crim in violation of 18 U.S.C. § 924(c)(1)(A)(I) (Count II) as set forth in the Indictment. In exchange for Defendant's pleas, the United States has agreed to dismiss Counts III and IV of the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 23), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Robert Craig Smith's motion to change plea (Doc. 15) is GRANTED and Robert Craig Smith is adjudged guilty as charged in Counts I and II of the Indictment.

DATED this 23rd day of May, 2018.

_____
Dana L. Christensen, Chief District Judge
United States District Court